UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-CR-00193-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| GREGORY JAMES BERRY, | ) | |
| Defendant | ) | |

Upon motion of the United States, it is hereby ORDERED, Docket Entry Number 66 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office, and the Office of the Federal Public Defender.

IT IS SO ORDERED, this the 3rd day of October 2013.

_____
MALCOLM J. HOWARD
Senior United States District Judge